UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                            CASE NO.:  9:20-CV-81696-RKA

LR WEST PALM BEACH LLC
a Foreign Profit Corporation
d/b/a LR WEST PALM BEACH LLC

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, LR WEST PALM BEACH LLC, a Foreign Profit Corporation, d/b/a LR WEST PALM BEACH LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on:

    Daniel C. Deacon, Esq.
    Conn Maciel Carey LLP
    5335 Wisconsin Avenue, NW • Suite 660
    Washington, DC 20015
    ddeacon@connmaciel.com

                  By: **/s/ Gregory S. Sconzo**
                  Gregory S. Sconzo, Esq.
                  Florida Bar No.: 0105553
                  Sconzo Law Office, P.A.
                  3825 PGA Boulevard, Suite 207
                  Palm Beach Gardens, FL 33410
                  Telephone: (561) 729-0940
                  Facsimile: (561) 491-9459
                  Email: greg@sconzolawoffice.com
                  Attorney for Plaintiff