**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-81696-CIV-ALTMAN**

**HOWARD COHAN**,

    *Plaintiff*,

v.

**LR WEST PALM BEACH LLC**,

    *Defendants*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 19]. Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of December 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record